UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

YASHIA N. DAVIS,   CASE NOS:   04-80008-CIV-HURLEY

    Plaintiff,

vs.

CITY OF WEST PALM BEACH
FLORIDA, a Municipal Corporation

    Defendant.
_____/

**PLAINTIFF'S MEMORANDUM
IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE
CASES 04-80008-CIV-HURLEY AND 04-80009-CIV-RYSKAMP**

**I.   COMMON FACTS, PARTIES AND WITNESSES**

Plaintiff, YASHIA N. DAVIS, ("Plaintiff" or "Davis") filed two claims against Defendant, CITY OF WEST PALM BEACH FLORIDA, a municipal corporation ("The City").  In one case, (04-80009-CIV-RYSKAMP), Plaintiff alleges discrimination on the basis of race, after being terminated allegedly for failing to report to work on time.  Plaintiff had been given a "Last Chance Agreement" requiring her to report to work <u>before</u> her shift began, and to report in each day by sending an e-mail to her supervisor.  The City alleges that Plaintiff was terminated for failing to timely report in as required by the "Last Chance Agreement."

The other case filed by the Plaintiff, (04-80008-CIV-HURLEY) alleges that the City violated the Fair Labor Standards Act because she was required to report to work before her shift began, thus working over 40 hours in a given work-week, without paying her time and one-half.  The requirement to report to work under the Last Chance Agreement, and the factual disputes relative to the exact time that Plaintiff reported to work each day, are present in both cases.  Moreover, the witnesses are virtually identical in both cases.